**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **JAY DOMINQUE ISAACS,** | : | **21 U.S.C. § 846** |
| | : | **(Conspiracy to Distribute and Possess with** |
| **Defendant.** | : | **Intent to Distribute Five Kilograms or More** |
| | : | **of Cocaine Hydrochloride)** |
| | : | **21 U.S.C. § 853** |
| | : | **(Criminal Forfeiture)** |
| | : | |
| | : | **UNDER SEAL** |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

Between on or about August 2011 through on or about May 25, 2012, within the District of Columbia and elsewhere, **JAY DOMINQUE ISAACS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons known and unknown to the United States, to unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, and the amount of said mixture or substance was five kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii).

(**Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine Hydrochloride**, in violation of Title 21, United States Code, Section 846)

## CRIMINAL FORFEITURE ALLEGATION

1. The offense charged in Count One of this Information is re-alleged and incorporated by reference hereby, as if set forth in full herein, for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of said offense, defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853: (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation charged in Count One; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation charged in Count One.

3. The properties subject to forfeiture include, but are not limited to:

**Money Judgment**:

> A judgment to be entered against the defendant in favor of the United States for a sum of money equal to the total value of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense alleged in Count One.

4. By virtue of the commission of the felony offense charged in Count One of this Information, any and all interest that defendant has in (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation charged in Count One of this Information; and (2) any of the said defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation charged in Count One, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

5.  If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the said defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third party;

(3)  has been placed beyond the jurisdiction of the Court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants up to the value of the property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853)

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No.  447889

By:  _____
THOMAS A. GILLICE
Assistant United States Attorney
D.C. Bar No. 452336
Violent Crimes and Narcotics Trafficking Section
555 4th Street N.W, 4th Floor
Washington, D.C. 20530
(202) 252-1791
thomas.gillice@usdoj.gov